**No. 10-5273. Sean A. Clark, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 1103, 131 S. Ct. 815, 178 L. Ed. 2d 548, 2010 U.S. LEXIS 9525.

December 6, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 912, 131 S. Ct. 269, 178 L. Ed. 2d 177, 2010 U.S. LEXIS 6829.